# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re: David W. Ash  
      Kristine M. Ash

Case # 25-21348

Claim # 15

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. hereby withdraws Proof of Claim number 15 dated July 21, 2025.

Dated: July 24, 2025

/s/ Angela Walmsley  
Lead Bankruptcy Specialist  
Midland Credit Management, Inc.  
PO Box 2037  
Warren, MI 48090  
Phone: 877-495-2902  
Fax: 866-818-1718  
Email: bankruptcydm@mcmcg.com