# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 25-21348-CMB** |
| | ) | |
| **David W. Ash** | ) | **Chapter 13** |
| **Kristine M. Ash** | ) | |
| **Debtors** | ) | |
| _____ | )X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐   a motion to dismiss case or certificate of default requesting dismissal

☒   a plan modification sought by:   **Debtor**

☐   a motion to lift stay
     as to creditor   _____

☐   Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated May 21, 2025
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtors Plan payments shall be changed from $5,310.00 to
    $5,330.00 per month, effective September 2025.                          .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Payment increased to account for Post-Petition Mortgage fees filed on August 8, 2025 totaling $1,225.00, related to Claim 7 Lakeview Loan Servicing. Plan is confirmed on final basis and Debtors can afford increased payment.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this <u>13th</u> day of <u>      August      </u>, 2025

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
8/13/25 4:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Matthew M. Brennan
Matthew M. Brennan, Esq.
PA ID #90195
Attorney for Debtor
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburrgh, PA
412-414-9366
attorneymatthewbrennan@gmail.com


Stipulated by:

/s/ James C. Warmbrodt
James C. Warmbrodt
PA ID #42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com


cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21348-CMB |
| David W. Ash | Chapter 13 |
| Kristine M. Ash | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David W. Ash, Kristine M. Ash, 122 Cleveland Ave., Pittsburgh, PA 15202-2302 |
| cr | + | Borough of Avalon, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16537725 | + | Klarna Inc., 886 N. High Street, Suite 200, Columbus, OH 43215-6303 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16537715 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 14 2025 00:30:04 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16553771 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16537716 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:20 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16537717 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 14 2025 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16557586 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 14 2025 00:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16555492 | + | Email/Text: ebnjts@grblaw.com | Aug 14 2025 00:23:00 | Borough of Avalon, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16537718 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:30:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16537719 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2025 00:30:18 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16537720 | + | Email/Text: bnko@cpcrecovery.com | Aug 14 2025 00:24:00 | Central Portfolio Control, Attn: Bankruptcy, 10249 Yellow Circle Dr, Ste 200, Minnetonka, MN 55343-9111 |
| 16537721 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2025 00:30:33 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 16560753 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 14 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16537722 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 00:24:00 | Internal Revenue Service, Insolvency Remittance, PO Box 7317, Philadelphia, PA 19101-7317 |
| 16558921 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 00:24:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16555812 | + | Email/Text: RASEBN@raslg.com | Aug 14 2025 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16537723 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 00:30:36 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16537724 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 14 2025 00:24:00 | Keystone Collections Group, 546 Wendell Road, Irwin, PA 15642-7539 |
| 16561235 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:30:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16553929 | ^ | MEBN | Aug 14 2025 00:19:12 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16537726 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Aug 14 2025 00:24:00 | Les Schwab Tire Centers of Washington, LLC., PO Box 5350, Bend, OR 97708-5350 |
| 16537727 |  | Email/Text: camanagement@mtb.com | Aug 14 2025 00:24:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 16559393 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2025 00:24:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16537728 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 14 2025 00:24:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16537730 | + | Email/Text: bankruptcy@numericacu.com | Aug 14 2025 00:24:00 | Numerica Credit Union, Attn: Bankruptcy, PO Box 4000, Veradale, WA 99037-4000 |
| 16537729 | + | Email/Text: bankruptcy@numericacu.com | Aug 14 2025 00:24:00 | Numerica Credit Union, Attn: Bankruptcy, Po Box 4000, Spokane Valley, WA 99037-4000 |
| 16557719 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2025 00:30:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16537731 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 00:24:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 16538503 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 16561327 |  | Email/Text: BNCnotices@dcmservices.com | Aug 14 2025 00:24:00 | Providence, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16537732 | ^ | MEBN | Aug 14 2025 00:19:43 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 16560595 |  | Email/Text: bankruptcy@bbandt.com | Aug 14 2025 00:24:00 | Service Finance, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 16561228 |  | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2025 00:30:08 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16537733 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2025 00:30:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16537734 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2025 00:30:15 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr |  | Midland Credit Management, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

Case 25-21348-CMB   Doc 28   Filed 08/15/25   Entered 08/16/25 00:34:33   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf900 | Total Noticed: 36 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor David W. Ash attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Joint Debtor Kristine M. Ash attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Borough of Avalon rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7